IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02359-AP

MICHAEL McLEAN DENNIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: October 28, 2010

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        UNITED STATES DISTRICT JUDGE