IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02359-AP

MICHAEL MCLEAN DENNIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| MICHAEL McLEAN DENNIS | JOHN F. WALSH |
| Pro Se Plaintiff | United States Attorney |
| 140318 | |
| Sterling Correctional Facility | William G. Pharo |
| P.O. Box 6000 | Assistant United States Attorney |
| Sterling, Colorado 80751 | United States Attorney's Office |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

| | |
|---|---|
| **A. Date Complaint Was Filed:** | September 27, 2010 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | October 28, 2010 |
| **C. Date Answer and Administrative Record Were Filed:** | December 20, 2010 |

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff is now *pro se* and his complaint suggests that he will submit additional evidence.

Defendant does not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge,, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

The parties respectfully respect the following extended briefing schedule because Plaintiff is *pro se* and because of Defendant's heavy briefing schedule:

| | |
|---|---|
| **A. Plaintiffs Opening Brief Due:** | February 24, 2011 |
| **B. Defendant's Response Brief Due:** | March 28, 2011 |
| **C. Plaintiffs Reply Brief (If Any) Due:** | April 12, 2011 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff appears to request oral argument in his complaint.

**B. Defendant's Statement:**

Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of January, 2011

BY THE COURT:

*s/John L. Kane*  _____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____<br>MICHAEL McLEAN DENNIS<br>140318<br>Sterling Correctional Facility<br>P.O. Box 6000<br>Sterling, Colorado 80715 | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>/s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-0815<br>Stephanie.Kiley@ssa.gov<br>Attorneys for Defendant. |