**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02359-REB

MICHAEL M. DENNIS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

# ORDER

Blackburn, J.

The matter is before the court on the **Stipulation For Payment of Attorney's Fees Under The Equal Access To Justice Act, 28 U.S.C. § 2412(d)** [#60][1] filed June 29, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Attorney Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)** [#60] filed June 29, 2012, is **APPROVED**;

2. That defendant will pay plaintiff $5,636.88 in attorney fees under the EAJA, 28 U.S.C. § 2412(d); provided, further, that payment of the $5,636.88 shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

fees in connection with this action; however, this payment is without prejudice to plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to EAJA's offset provisions, *see* 28 U.S.C. §§ 2412(c)(1), 2414;

    3. That pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), EAJA fees awarded by this court belong to plaintiff and are subject to offset by the Department of Treasury to reimburse the government for any pre-existing debt owed by plaintiff to the government; and

    4. That the parties agree that this court will order the fees be paid to plaintiff, and payment will be delivered to plaintiff's attorney, Teressa Abbott.

Dated July 2, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge