**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02359-REB

MICHAEL M. DENNIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Plaintiff's Motion For Attorney Fees Pursuant To The Equal Access To Justice Act** [#59] filed June 15, 2012. The motion is **DENIED** as moot. The parties stipulated to the attorney fees and the court entered an order approving the stipulation [#61] on July 2, 2012.

    Dated: July 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.